# **<u>EXHIBIT 4</u>**

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

-------------------------------------------------------------- x

LAURA LOOMER,

               Plaintiff,

       - against -

FACEBOOK, INC.,

               Defendant.

-------------------------------------------------------------- x

Case No.: 50-2020-CA-002352-XXXX-MB

**NOTICE OF FILING A NOTICE OF REMOVAL BY DEFENDANT FACEBOOK, INC. TO THE UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>**

Pursuant to 28 U.S.C. §1446(d), a Notice of Removal in reference to the above-captioned case was filed in the United States District Court for the Southern District of Florida on March 24, 2020, and this Court shall proceed no further unless and until the case is remanded. A copy of the Notice of Removal (without exhibits) is attached as Exhibit 1.

Dated: March 24, 2020

                              Respectfully submitted,

                              s/Brian W. Toth
                              GELBER SCHACHTER & GREENBERG, P.A.
                              Brian W. Toth
                              Florida Bar No. 57708
                              Natalia B. McGinn
                              Florida Bar No. 1011385
                              1221 Brickell Avenue, Suite 2010
                              Miami, Florida 33131
                              Phone: (305) 728-0965
                              btoth@gsgpa.com
                              nmcginn@gsgpa.com

                              *Counsel for Defendant Facebook, Inc.*

.

## CERTIFICATE OF SERVICE

I certify that on March 24, 2020, I electronically filed this document with the Florida Courts

e-Filing Portal, which will serve it by e-mail on all counsel on the attached service list.

s/Brian W. Toth

## SERVICE LIST

KLAYMAN LAW FIRM
Larry Elliot Klayman
7050 W. Palmetto Park Rd, #15-287
Boca Raton, FL 33433
Phone: (310) 595-0800
Email: leklayman@gmail.com

*Counsel for Plaintiff Laura Loomer*