# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80484

LAURA LOOMER,

        Plaintiff,

v.

FACEBOOK, INC.,

        Defendant.

_____/

## PLAINTIFF'S OPPOSITION TO MOTIONS FOR PRO HAC VICE ADMISSION

Plaintiff Laura Loomer hereby opposes the applications for *pro hac vice* admission submitted by Defendant Facebook, Inc. on April 10, 2020 for counsel at the law firm Davis Wright Tremaine LLP. ECF No. 10-12. The reason for this opposition is that counsel at Davis Wright Tremaine LLP have engaged in unethical acts and practices regarding Plaintiff Loomer in violation of The Florida Rules of Professional Conduct.

Nor was prior consent sought by Davis Wright Tremaine LLP for their pro hac vice motions before these motions were filed, and counsel for Defendants were put on notice with regard to issues involving *pro hac vice* admission before this honorable Court.

Plaintiff Loomer respectfully requests oral argument telephonically on this issue before any *pro hac vice* motion is considered by this Honorable Court.

Dated: April 10, 2020

                                                                                  Respectfully Submitted,

                                                                                  s/ Larry Klayman_____

                                                                                  Larry Klayman, Esq.
                                                                                  KLAYMAN LAW GROUP P.A.
                                                                                  7050 W. Palmetto Park Rd
                                                                                  Boca Raton FL 33433
                                                                                  Tel: (561) 558-5536

2

Email: leklayman@gmail.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 10, 2020

/s/ Larry Klayman
Larry Klayman, Esq.

1