**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

LAURA LOOMER,

            *Plaintiff*,

  v.

FACEBOOK, INC.,

            *Defendant*.

Case No. 9:20-cv-80484-RS

The Honorable Rodney Smith

**DEFENDANT FACEBOOK, INC.'S REPLY IN RESPONSE TO PLAINTIFF LAURA LOOMER'S OPPOSITION TO MOTIONS FOR *PRO HAC VICE* ADMISSION**

On April 10, 2020, counsel for Defendant Facebook, Inc. filed motions for the *pro hac vice* admission of Davis Wright Tremaine LLP ("DWT") attorneys Laura R. Handman, Alison Schary, and Chelsea T. Kelly, in the above-captioned case ("*Loomer II*"). *See* ECF Nos. 10–12. The Court has already admitted these attorneys in the related case of *Loomer v. Facebook, Inc.*, Case No. 9:19-cv-80893-RS (S.D. Fla. 2019) ("*Loomer I*").

The same day, Plaintiff Laura Loomer filed an opposition to the motions. ECF No. 13 ("Opp."). In her Opposition, Ms. Loomer (1) objects that the Davis Wright Tremaine attorneys did not seek "consent . . . for their pro hac vice motions before these motions were filed"; and (2) claims, without elaboration, that DWT "ha[s] engaged in unethical acts and practices regarding Plaintiff Loomer in violation of The Florida Rules of Professional Conduct." Opp. at 1.

Neither objection has merit.

First, Local Rule 7.1(a)(3) expressly exempts *pro hac vice* motions from the requirement that parties should confer before filing motions. *See* S.D. Fla. L.R. 7.1(a)(3) ("Prior to filing any motion in a civil case, *except a motion . . . for pro hac vice admission . . .* , counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with

all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." (emphasis added)).

Second, Ms. Loomer provides no basis for her inflammatory allegation that DWT has "engaged in unethical acts and practices." Opp. at 1. Nor can she. The DWT attorneys have comported themselves ethically and in good faith throughout both the *Loomer I* and *Loomer II* litigations.

For the reasons set forth above, Facebook requests that the Court grant the motions of the DWT attorneys for *pro hac vice* admission in *Loomer II*. *See* ECF Nos. 10–12.

Dated: April 11, 2020

Respectfully submitted,

s/Brian W. Toth
GELBER SCHACHTER & GREENBERG, P.A.
Brian W. Toth
Florida Bar No. 57708
Natalia B. McGinn
Florida Bar No. 1011385
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Phone: (305) 728-0965
btoth@gsgpa.com
nmcginn@gsgpa.com

DAVIS WRIGHT TREMAINE LLP
Laura R. Handman*
Alison Schary*
Chelsea T. Kelly*
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
Phone: (202) 973-4224
laurahandman@dwt.com
alisonschary@dwt.com
chelseakelly@dwt.com

*Pro hac vice motions pending*

*Counsel for Defendant Facebook, Inc.*