THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80484

LAURA LOOMER,

        Plaintiff,

v.

FACEBOOK, INC.,

        Defendant.
_____/

## SUPPLEMENT TO AMENDED COMPLAINT AND REQUEST TO IMMEDIATELY REMAND TO FORIDA STATE COURT

    Plaintiff Laura Loomer by and through counsel respectfully requests this Court to immediately remand the above captioned case to Fifteenth Judicial Circuit for Palm Beach County as there is no diversity jurisdiction and unlike case the case styled *Loomer v. Facebook,* 9:19-cv-80893, is not subject to transfer to the U.S. District Court for the Northern District of California. Plaintiff intends to move for voluntary dismissal of case number 9:19-cv-80893 transferred today to the Northern District of California and will proceed only before the Fifteenth Judicial Circuit for Palm Beach County. Litigation in the Northern District of Califonria is cost prohibitive and inconvenient for her and her witnesses. Moreover, the damage which was inflicted upon her is centered in South Florida, where she resides and is currently running for a congressional seat in the U.S. House of Representatives.

    The case transferred today to the Northern District of California is going on a year since it was filed. Plaintiff Loomer thus reasonably and for good cause requests expedited treatment and a minute order on her remand motion in the above-captioned Florida state case to further timely adjudication of her claims, particularly given the nearly year old passage of time.

Dated: April 13, 2020					Respectfully Submitted,

							s/ Larry Klayman_____

							Larry Klayman, Esq.
							KLAYMAN LAW GROUP P.A.
							7050 W. Palmetto Park Rd.
							Boca Raton FL 33433
							Tel: (561) 558-5536
							Email: leklayman@gmail.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 13, 2020

                                                         */s/ Larry Klayman*
                                                         Larry Klayman, Esq.