# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAURA LOOMER<br><br>Plaintiff<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant. | Case Number:   20-cv-80484 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Laura Loomer ("Plaintiff Loomer") hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice with each party to bear its own costs.

Dated: April 22, 2020

Respectfully Submitted,

  /s/ Larry Klayman
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
7050 W. Palmetto Park Road
Boca Raton FL 33433
Telephone:  (561_558-5336
Email: leklayman@gmail.com

*Counsel for Plaintif*

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, counsel for Plaintiff hereby certify that on this day, April 22, 2020 a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*