UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-80484-CIV-SMITH**

LAURA LOOMER,

       Plaintiff,

vs.

FACEBOOK, INC.,

       Defendant.
_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal [DE 20], filed pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). Defendant has not yet answered or filed a motion for summary judgment. Accordingly, it is

**ORDERED** that:

1. This action is **DISMISSED without prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of April, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record